NO. 07-05-0111-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



APRIL 7, 2005


______________________________



SANDRA REYNA, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE



_________________________________



FROM THE 242ND DISTRICT COURT OF HALE COUNTY;



NO. B13752-0006; HONORABLE EDWARD SELF, JUDGE


_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Pending before the Court is appellant's request for dismissal of the appeal. Appellant and
her attorney both have signed the document stating that appellant withdraws her notice of
appeal. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we
grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be
entertained and our mandate will issue forthwith.

 James T. Campbell

 Justice


Do not publish.



 the appeal.

 Accordingly, the appeal is dismissed for failure to comply with the Texas Rules of
Appellate Procedure and with a notice from the Clerk requiring payment of the filing fee. 
Tex. R. App. P. 42.3(c).

 Don H. Reavis

 Justice